UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HAMM,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLY MATTEUCCI,<br><br>    Defendant. | Case No. 18-01277 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*** <br><br>(Docket No. 2) |

Plaintiff's motion to proceed *in forma pauperis* ("IFP"), (Docket No. 2), is **GRANTED**. The total filing fee that ultimately will be due is $350.00. Due to the lack of funds in Plaintiff's account, no initial fee is due at this time. Funds for the filing fee will be taken from income to Plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1). A copy of this Order and the attached instructions will be sent to Plaintiff, the prison's trust account office, and the Court's financial office.

This order terminates Docket No. 2.

**IT IS SO ORDERED.**

Dated: May 3, 2018

BETH LABSON FREEMAN
United States District Judge

Order Granting IFP
PRO-SE\BLF\CR.18\01277Hamm_grant-ifp