UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HAMM, | Case No. 18-01277 BLF (PR) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DOLLY MATTEUCCI, | |
| Defendant. | |

The Court has dismissed the amended complaint for failure to state a claim upon which relief may be granted. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

**Dated:** ___9/12/2018___

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.18\01277Hamm_judgment